JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES A. LOPEZ,** | ) NO. EDCV 16-2343-KS |
| **Plaintiff,** | ) |
| v. | ) **JUDGMENT** |
| **NANCY A. BERRYHILL**, Acting **Commissioner of Social Security,** | ) |
| **Defendant.** | ) |
| _____ | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: January 18, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1